IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 622-010-10 |
| | * | |
| DEMARR CLAYTON LEE | * | |

O R D E R

Defendant Demarr Clayton Lee has filed a motion for modification of sentence based upon Amendment 821 to the United States Sentencing Guidelines. Amendment 821 became effective on November 1, 2023. Utilizing the 2023 United States Sentencing Guidelines, Defendant Lee was sentenced on January 4, 2024, after the effective date of Amendment 821. (See Presentence Investigation Report ("PSI"), Doc. No. 879, ¶ 14 ("The 2023 Guidelines Manual, incorporating all guideline amendments, was used to determine the defendant's offense level.").  Thus, the changes made by Amendment 821 were already in the Guidelines, and the applicability of these changes was considered at the time of sentencing.  The Court particularly notes that it did not increase Defendant's criminal score even though he was under a criminal justice sentence at the time of the offense because he had less than seven criminal history points.  See U.S.S.G. § 4A1.1(e). (See PSI ¶ 35.)

Upon the foregoing, Defendant Lee's motion to reduce his sentence under Amendment 821 (doc. 1088) is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia this ___ day of April, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA